| | |
|---|---|
| 1 | MICHAEL ROMANO (SBN 232182) |
| | Email: mromano@law.stanford.edu |
| 2 | SUSAN CHAMPION (SBN 295598) |
| | Email: schampion@law.stanford.edu |
| 3 | STANFORD LAW SCHOOL |
| | 559 Nathan Abbott Way |
| 4 | Stanford, CA 94305 |
| 5 | Phone No. (650) 736-7757 |
| | Fax No. (650) 723-8230 |
| 6 | |
| 7 | NICK BRUSTIN, *pro hac vice* |
| | Email: nick@nsbhf.com |
| 8 | AMELIA GREEN, *pro hac vice* |
| | Email: amelia@nsbhf.com |
| 9 | RHIANNA REY, *pro hac vice* |
| | Email: rhianna@nsbhf.com |
| 10 | ANNIE SLOAN, *pro hac vice* |
| 11 | Email: annie@nsbhf.com |
| | GRACE PARAS, *pro hac vice* |
| 12 | Email: grace@nsbhf.com |
| 13 | NEUFELD SCHECK BRUSTIN HOFFMANN & FREUDENBERGER, LLP |
| | 200 Varick Street, Suite 800 |
| 14 | New York, NY 10014 |
| | Phone No. (212) 965-9081 |
| 15 | Fax No. (212) 965-9084 |
| 16 | |
| 17 | [Additional counsel listed on following page] |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Daniel Saldaña, | Case No. 2:24-CV-00895-DSF-AJR |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | |
| Martha Donovan, et al., | **PLAINTIFF'S AND DEFENDANTS STEVEN SOWDERS AND COUNTY OF LOS ANGELES' NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY PROCEEDINGS** |
| Defendants. | |

1

PLAINTIFF'S AND DEFENDANTS STEVEN SOWNDERS AND COUNTY OF LOS ANGELES' NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY PROCEEDINGS

2:24-CV-00895-DSF-AJR

MICHAEL G. FREEDMAN (SBN 281279)
Email: michael@thefreedmanfirm.com
ASHWINI MATE (SBN 268046)
Email: ashwini@thefreedmanfirm.com
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, CA 90067
Phone No. (310) 285-2210

*Attorneys for Plaintiff Daniel Saldaña*

ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
JAMES SARGENT - State Bar No. 280968
jsargent@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants Steven Sowders and County of Los Angeles*

## PLAINTIFF'S AND DEFENDANTS STEVEN SOWDERS AND COUNTY OF LOS ANGELES' NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY PROCEEDINGS

It is hereby stipulated and agreed by and between Plaintiff Daniel Saldaña, through his counsel of record, Nick Brustin, Amelia Green, Rhianna Rey, Annie Sloan, Grace Paras, Michael Romano, Susan Champion, Michael Freedman, Ashwini Mate, and Defendants Steven Sowders and County of Los Angeles, through their counsel of record, Andrew Baum and James Sargent:

1. On April 9, 2025, Plaintiff Daniel Saldaña and Defendants Steven

2

PLAINTIFF'S AND DEFENDANTS STEVEN SOWDERS AND
COUNTY OF LOS ANGELES' NOTICE OF SETTLEMENT IN
PRINCIPLE AND STIPULATION TO STAY PROCEEDINGS

2:24-CV-00895-DSF-AJR

Sowders and the County of Los Angeles (together, the "County Defendants") have reached a tentative settlement agreement in the above-captioned matter. As part of this settlement, the County Defendants only will be dismissed, with prejudice, as parties to this action once the settlement is finalized.

2. In order to finally settle the claims against the County Defendants in this matter, and as a condition of the effectiveness of the settlement, the tentative settlement agreement must be approved by the County of Los Angeles Claims Board and its Board of Supervisors. It is anticipated that this approval process may take as long as six (6) to nine (9) months.[1]

3. Plaintiff and the County Defendants therefore seek to stay litigation of the claims against the County Defendants only, pending the County's settlement-approval process. Specifically, Plaintiff and the County Defendants request that the Court enter the proposed order concurrently filed to stay all deadlines and take all pending matters off the calendar

---

[1] It is Plaintiff's position that if the timeframe for the approval process extends to six or more months such a delay would unduly complicate the litigation of the remaining claims in the suit and prejudice Plaintiff. Plaintiff has requested that County Defendants provide additional clarity on an anticipated timeline for approval in this specific case. Plaintiff reserves the right to file a motion requesting the Court set a deadline for settlement approval, *see, e.g., Klene et al. v. Riggs et al.*, No. 2:22-cv-08318 KK (JCx), ECF No. 101 (Jan. 5, 2024), and the instant Notice and Stipulation is not meant to preclude Plaintiff from filing such a motion.

3

PLAINTIFF'S AND DEFENDANTS STEVEN SOWDERS AND COUNTY OF LOS ANGELES' NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY PROCEEDINGS

2:24-CV-00895-DSF-AJR

with respect to claims against the County Defendants (but to have no effect on deadlines or litigation of claims regarding the other Defendants).

4. The tentative settlement entered into by Plaintiff and the County Defendants and the instant stipulation to stay proceedings pending settlement approval does not affect Plaintiff's ongoing claims against Defendants Martha Donovan, successor in interest to Michael Donovan, Leonard Maughan, Brian Roberts, or Keith Stanton (the "non-County Defendants"), for which discovery is ongoing. Plaintiff and the County Defendants do not seek to stay any deadlines or litigation with respect to Plaintiff's claims against the non-County Defendants.

Dated: April 16, 2025

/s/ Amelia Green

NICK BRUSTIN
AMELIA GREEN
RHIANNA REY
ANNIE SLOAN
GRACE PARAS
**Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP**

MICHAEL ROMANO
SUSAN CHAMPION
**Stanford Law School's Three Strikes Project**

MICHAEL G. FREEDMAN

4

PLAINTIFF'S AND DEFENDANTS STEVEN SOWDERS AND COUNTY OF LOS ANGELES' NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY PROCEEDINGS

2:24-CV-00895-DSF-AJR

ASHWINI MATE
**The Freedman Firm PC**

*Attorneys for Plaintiff*

/s/ James Sargent

ANDREW BAUM
JAMES SARGENT
**Glaser Weil Fink Howard Jordan & Shapiro LLP**

*Attorneys for Defendants Steven Sowders and the County of Los Angeles*

5

PLAINTIFF'S AND DEFENDANTS STEVEN SOWDERS AND COUNTY OF LOS ANGELES' NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY PROCEEDINGS

2:24-CV-00895-DSF-AJR

# CERTIFICATE OF SERVICE

I, Alfred Taylor, certify that a true and accurate copy of Plaintiff and Defendants Steven Sowders and County of Los Angeles' Notice of Settlement in Principle and Stipulation to Stay Proceedings was electronically filed with the Clerk of the Court via the ECF system, which will send notification of such filing to all attorneys of record, and serve a copy of the same filing via electronic mail to:

Geoffrey Plowden
Mildred K. O'Linn
Roslynn Wilfert
**Manning Kass**
*Attorneys for Defendants Michael Donovan and Leonard Maughan*

Andrew Baum
James Sargent
**Glaser Weil**
*Attorneys for Defendants Los Angeles County and Steven Sowders*

Ryan Gille
Cassandra Shryock
Christian Georgely
Hannah Park
**State of California Attorney General's Office**
*Attorneys for Defendants Brian Roberts and Keith Stanton*

Dated: April 16, 2025
New York, NY

*/s/ Alfred Taylor*
Alfred Taylor
*Paralegal for Plaintiff*

6

PLAINTIFF'S AND DEFENDANTS STEVEN SOWDERS AND COUNTY OF LOS ANGELES' NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY PROCEEDINGS

2:24-CV-00895-DSF-AJR