MICHAEL ROMANO (SBN 232182)
Email: mromano@law.stanford.edu
SUSAN CHAMPION (SBN 295598)
Email: schampion@law.stanford.edu
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
Phone No. (650) 736-7757
Fax No. (650) 723-8230

NICK BRUSTIN, *pro hac vice*
Email: nick@nsbhf.com
AMELIA GREEN, *pro hac vice*
Email: amelia@nsbhf.com
ANNA BENEVENUTTI HOFFMANN, *pro hac vice*
Email: anna@nsbhf.com
ANNIE SLOAN, *pro hac vice*
Email: annie@nsbhf.com
GRACE PARAS, *pro hac vice*
Email: grace@nsbhf.com
NEUFELD SCHECK BRUSTIN HOFFMANN & FREUDENBERGER, LLP
200 Varick Street, Suite 800
New York, NY 10014
Phone No. (212) 965-9081
Fax No. (212) 965-9084

[Additional counsel listed on following page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Daniel Saldaña,<br><br>Plaintiff,<br><br>v.<br><br>Martha Donovan, et al.,<br><br>Defendants. | Case No. 2:24-CV-00895-DSF-AJR<br><br>Hon. Dale S. Fischer<br><br>**PLAINTIFF'S AND DEFENDANTS MARTHA DONOVAN, IN HER CAPACITY AS SUCCESSOR IN INTEREST TO MICHAEL DONOVAN, AND LEONARD MAUGHAN'S NOTICE OF SETTLEMENT** |

1

PLAINTIFF'S AND DEFENDANTS MARTHA DONOVAN, IN HER CAPACITY AS SUCCESSOR IN INTEREST TO MICHAEL DONOVAN, AND LEONARD MAUGHAN'S NOTICE OF SETTLEMENT

2:24-CV-00895-DSF-AJR

MICHAEL G. FREEDMAN (SBN 281279)
Email: michael@thefreedmanfirm.com
ASHWINI MATE (SBN 268046)
Email: ashwini@thefreedmanfirm.com
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, CA 90067
Phone No. (310) 285-2210

*Attorneys for Plaintiff Daniel Saldaña*

Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Geoffrey R. Plowden (State Bar No. 146602)
*geoffrey.plowden@manningkass.com*
MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants Martha Donovan, in her capacity as successor in interest to Michael Donovan, and Leonard Maughan*

**PLAINTIFF'S AND DEFENDANTS MARTHA DONOVAN, IN HER CAPACITY AS SUCCESSOR IN INTEREST TO MICHAEL DONOVAN, AND LEONARD MAUGHAN'S NOTICE OF SETTLEMENT**

It is hereby stipulated and agreed by and between Plaintiff Daniel Saldaña, through his counsel of record, Nick Brustin, Anna Benevenutti Hoffmann, Amelia Green, Annie Sloan, Grace Paras, Michael Romano, Susan Champion, Michael Freedman, and Ashwini Mate, and for Defendants Martha Donovan, in her capacity as successor in interest to Michael Donovan, and Leonard Maughan through their counsel of record, Geoffrey Plowden and Mildred K. O'Linn, that:

2
PLAINTIFF'S AND DEFENDANTS MARTHA DONOVAN, IN HER CAPACITY AS SUCCESSOR IN INTEREST TO MICHAEL DONOVAN, AND LEONARD MAUGHAN'S NOTICE OF SETTLEMENT

2:24-CV-00895-DSF-AJR

1. On November 7, 2025, Plaintiff Daniel Saldaña and Defendants Martha Donovan, in her capacity as successor in interest to Michael Donovan, and Leonard Maughan (the "BPPD Defendants") reached a settlement agreement in the above-captioned matter. As part of this settlement, the BPPD Defendants only will be dismissed, with prejudice, as parties to this action. The parties anticipate filing a stipulation for dismissal with prejudice in mid-December 2025. Pursuant to the terms of the parties' agreement, filing of the stipulation is contingent on the BPPD Defendants' payment of the first settlement installation to Plaintiff, which is expected in the first half of December 2025.

2. Because this settlement agreement provides a final resolution to Plaintiff's claims against the BPPD Defendants, Plaintiff no longer requests that the Court schedule this matter for trial as against the BPPD Defendants.

3. The settlement entered into by Plaintiff and the BPPD Defendants does not affect Plaintiff's ongoing claims against Defendants Brian Roberts or Keith Stanton (the "BPH Defendants"), which are in the summary-judgment stage of litigation. Plaintiff continues to seek dates for trial as against the BPH Defendants. Further, the settlement entered into by

3

PLAINTIFF'S AND DEFENDANTS MARTHA DONOVAN, IN HER CAPACITY AS SUCCESSOR IN INTEREST TO MICHAEL DONOVAN, AND LEONARD MAUGHAN'S NOTICE OF SETTLEMENT

2:24-CV-00895-DSF-AJR

Plaintiff and the BPPD Defendants does not affect the tentative settlement entered into by Plaintiff and Defendants Steven Sowders and County of Los Angeles (the "County Defendants"), which is pending approval by the County. Plaintiff and the BPPD Defendants do not seek to stay any deadlines or litigation with respect to Plaintiff's claims against the BPH Defendants and/or the County Defendants.

Dated: November 11, 2025

      */s/ Amelia Green*

NICK BRUSTIN
ANNA BENEVENUTTI HOFFMANN
AMELIA GREEN
ANNIE SLOAN
GRACE PARAS
**Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP**

MICHAEL ROMANO
SUSAN CHAMPION
**Stanford Law School's Three Strikes Project**

MICHAEL G. FREEDMAN
ASHWINI MATE
**The Freedman Firm PC**

*Attorneys for Plaintiff*

*/s/ Geoffrey Plowden*

Geoffrey Plowden

4

PLAINTIFF'S AND DEFENDANTS MARTHA DONOVAN, IN HER CAPACITY AS SUCCESSOR IN INTEREST TO MICHAEL DONOVAN, AND LEONARD MAUGHAN'S NOTICE OF SETTLEMENT

2:24-CV-00895-DSF-AJR

1  
2  
3  
4  

Mildred K. O'Linn  
**Manning Kass**  
*Attorneys for Defendants Martha Donovan, in her capacity as successor in interest to Michael Donovan, and Leonard Maughan*

5

PLAINTIFF'S AND DEFENDANTS MARTHA DONOVAN, IN HER CAPACITY AS SUCCESSOR IN INTEREST TO MICHAEL DONOVAN, AND LEONARD MAUGHAN'S NOTICE OF SETTLEMENT

2:24-CV-00895-DSF-AJR

# CERTIFICATE OF SERVICE

I, Isis Arevalo, certify that a true and accurate copy of Plaintiff's and Defendants Martha Donovan, in her Capacity as Successor in Interest to Michael Donovan, and Leonard Maughan's Notice of Settlement was electronically filed with the Clerk of the Court via the ECF system, which will send notification of such filing to all attorneys of record, and serve a copy of the same filing via electronic mail to:

Geoffrey Plowden
Mildred K. O'Linn
**Manning Kass**
*Attorneys for Defendants Martha Donovan, in her capacity as successor in interest to Michael Donovan, and Leonard Maughan*

Andrew Baum
James Sargent
**Glaser Weil**
*Attorneys for Defendants Los Angeles County and Steven Sowders*

Ryan Gille
Cassandra Shryock
Christian Georgely
Hannah Park
**State of California Attorney General's Office**
*Attorneys for Defendants Brian Roberts and Keith Stanton*

Dated:   November 11, 2025
         New York, NY

6

PLAINTIFF'S AND DEFENDANTS MARTHA DONOVAN, IN HER CAPACITY AS SUCCESSOR IN INTEREST TO MICHAEL DONOVAN, AND LEONARD MAUGHAN'S NOTICE OF SETTLEMENT

2:24-CV-00895-DSF-AJR

                                                                               */s/ Isis Arevalo*
                                                                               Isis Arevalo
                                                                               *Paralegal for Plaintiff*

7

PLAINTIFF'S AND DEFENDANTS MARTHA DONOVAN, IN HER CAPACITY AS SUCCESSOR IN INTEREST TO MICHAEL DONOVAN, AND LEONARD MAUGHAN'S NOTICE OF SETTLEMENT

2:24-CV-00895-DSF-AJR